ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ            1412
DELLA A. BELATTI         7945
RONALD N.W. KIM          8306
820 Mililani Street, Suite 714
Honolulu, Hawai'i  96813
Telephone:  (808) 533-7434
Facsimile:   (808) 545-3608

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| RICHARD A. THOUROT, | ) | CIVIL NO. 11-00032 LEK/KSC |
|  | ) |  |
| Plaintiff, | ) | ORDER GRANTING PLAINTIFF'S |
|  | ) | MOTION TO CONFIRM |
| vs. | ) | ARBITRATION AWARD |
|  | ) |  |
| CITY AND COUNTY OF | ) |  |
| HONOLULU, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

ORDER GRANTING PLAINTIFF'S MOTION
TO CONFIRM ARBITRATION AWARD

Plaintiff RICHARD A. THOUROT having filed on June 27, 2012, a motion for order confirming the Final Award of Arbitrator, issued on June 25, 2012, along with a declaration of counsel; and

Attorney Tracy S. Fukui, on behalf of Defendant CITY AND COUNTY OF HONOLULU having filed a statement of no opposition to the motion to confirm the arbitration award issued herein on June 25, 2012; and

Good cause appearing therefore;

IT IS HEREBY ORDERED that Plaintiff RICHARD A. THOUROT's motion for order confirming the Final Award of Arbitrator, issued on June 25, 2012, shall be and hereby is granted and judgment thereupon in the amount of $18,000.00 shall be entered in favor of Plaintiff, RICHARD A. THOUROT.

DATED:   Honolulu, Hawaii, July 18, 2012.



/S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

---

Thourot vs. Tanuvasa, et al.; Civil No. 11-00032 LEK-KSC; Order Granting Plaintiff's Motion to Confirm Arbitration Award